

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00209-CV

---

Socorro Independent School District, Appellant

v.

Samantha Magallanes, Appellee

---

On Appeal from the 448th District Court
El Paso County, Texas
Trial Court No. 2023DCV4224

---

### J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 16th day of October 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.